| Attorney or Party Name, Address, Telephone and Fax Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213) 388-2411<br>California State Bar Number: 175497<br><br>*Attorney for Plaintiff* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Yolanda Madrigal<br><br>Debtor. | CHAPTER __13__<br><br>CASE NUMBER 2:09-bk-41789-EC<br><br>ADVERSARY NUMBER 10-01057-EC |
|---|---|
| YOLANDA MADRIGAL<br>Plaintiff(s),<br>vs.<br>BANK OF AMERICA, N. A. (reference # 755447)<br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only)(Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE<br>OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.  2/25/10

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: 4/28/10 | Time: 2:30 p | Courtroom: 1639 | Floor: 16th |
|---|---|---|---|
| ☒ 255 East Temple Street, Los Angeles | ☐ 411 West Fourth Street, Santa Ana | | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | ☐ 1415 State Street, Santa Barbara | | |
| ☐ 3420 Twelfth Street, Riverside | | | |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance:  1/26/10

JON D. CERETTO
**Clerk of the Bankruptcy Court**

By: Sharon Sumlin
**Deputy Clerk**

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009 (COA-SA)

**F 7004-1**

Summons and Notice of Status Conference - *Page 2*    **F 7004-1**

| In re    Yolanda Madrigal                                    Debtor. | CHAPTER  **13**  CASE NUMBER **2:09-bk-41789-EC** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3250 Wilshire Blvd., Ste 1500, Los Angeles, CA 90010

A true and correct copy of the foregoing document described as **DEBTOR'S COMPLAINT TO DETERMINE NATURE AND EXTENT OF LIENS PURSUANT TO 11 U.S.C. SECTION 506(a)**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **01/18/2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

YOLANDA MADRIGAL
415 E. 84TH ST
LOS ANGELES, CA 90003

CHAPTER 13 TRUSTEE
KATHY A DOCKERY
700 S. FLOWER STREET, SUITE 1950
LOS ANGELES, CA 90017

BANK OF AMERICA, N.A.
ATTN.: FALENA L. BRYDEN
PO BOX 26012
NC4-105-03-14
GREENSBORO, NC 27420

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 18, 2010 | Moises Lopez | /S/ Moises Lopez |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*January 2009* (COA-SA)    **F 7004-1**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy